CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2017-11456    SECTION 5

FILED NOV 30 2017
CLERK'S OFFICE
CIVIL DISTRICT COURT

WILLIE DAVIS

VERSUS

THE CITY OF NEW ORLEANS THROUGH THE ORLEANS PARISH COMMUNICATIONS DISTRICT

FILED:_____    _____
                                                DEPUTY CLERK

PETITION FOR DAMAGES

The petition for damages of Willie Davis, a person of the full age of majority and a resident of this parish and state represents as follows:

1.

Made defendant herein is the City of New Orleans through the Orleans Parish Communications District.

2.

Plaintiff applied for the position of Deputy Director of operations of the defendant communications district.

3.

Plaintiff went through the interview and selection process for the subject position and graded highest among all applicants.

4.

On or about November 14, 2016 defendant in written correspondence offered the position of Deputy Director of Operations for the Orleans Parish Communications District subject to plaintiff completing a criminal background check and drug screening.

5.

Plaintiff accepted that offer in writing.

6.

No other conditions were placed on plaintiffs employment with the defendant.

7.

Subsequently plaintiff was advised that the offer ofения employment was being rescinded.

1

VERIFIED
Colette J. Fortuna
12/7/17


EXHIBIT 1

8.

At all times pertinent hereto plaintiff suffered from kidney disease and had to take dialysis treatments. These treatments and kidney disease would in no way impact plaintiffs performance of his duties as deputy operations director.

9.

Defendant violated the plaintiffs rights under the Americans with Disabilities Act and rescinded plaintiffs job offer because of his health related disability.

10.

Plaintiff sustained a loss of income and other damages as a result of this discrimination based upon his medical condition.

Wherefore, after due proceedings it is prayed that there be judgment herein in favor of plaintiff for all sums reasonable in the premises.

Al M. Thompson, Jr.(17169)
365 Canal St. Suite 2960
New Orleans. La. 70130
(504)588-2171 fax(504)594-7717
athompson@amtlaw.net

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2

**AL M. THOMPSON, JR., L.L.C.**
Attorneys and Counsellors at Law
One Canal Place * 365 Canal Street * Suite 2960
New Orleans, Louisiana 70130
(504) 588-2171 * (888) 594-7717 – Fax
athompson@amtlaw.net

Al. M. Thompson, Jr.

February 26, 2017

FILED FEB 26 2018 CLERK'S OFFICE CIVIL DISTRICT COURT

RECEIVED MAR 02 2018 CLERK OF COURT CIVIL DISTRICT COURT

Hon. Dale Atkins
Clerk of Court Orleans Parish
421 Loyola Ave.
New Orleans, La.

Re: Willie Davis v. Orleans Parish Communications District
Case No. 2017-11456

Dear Ms. Atkins:

Please issue citation and service of process to the defendant, Orleans Parish Communications District through its director, Col. Terry Ebbert 118 City Park Ave., New Orleans, La., 70119.

Sincerely,

Al M. Thompson, Jr.



CIVIL DISTRICT COURT
CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

Cashier: m.gagliano
Register: CDCCASH1
Number: 2017-11456
Grand Total: $5.00
Amount Received: $5.00
Balance Due: $0.00
Over Payment: $0.00

Payment/Transaction List
Check # 10372  $5.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Fax Fees | $5.00 | $5.00 | $0.00 |

VERIFIED
03-02-18

ATTORNEY'S NAME: Thompson, Alphonse M 17169
AND ADDRESS: One Canal Place 365 Canal Street, Suite 2960, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2017-11456    DIVISION: B    SECTION: 05

DAVIS, WILLIE

Versus

THE CITY OF NEW ORLEANS THROUGH THE ORLEANS PARISH COMMUNICATIONS DISTRICT

### CITATION

TO: ORLEANS PARISH COMMUNICATIONS DISTRICT
THROUGH: ITS DIRECTOR, COL. TERRY EBBERT
118 CITY PARK AVE., NEW ORLEANS, LA 70119

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 8, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Michael Albanese, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES ON ORLEANS PARISH COMMUNICATIONS DISTRICT THROUGH: ITS DIRECTOR, COL. TERRY EBBERT Returned the same day No. ____ Deputy Sheriff of _____ Mileage: $ _____ ____/ ENTERED /____ PAPER    RETURN ____/____/____ SERIAL NO.   DEPUTY   PARISH | On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES ON ORLEANS PARISH COMMUNICATIONS DISTRICT THROUGH: ITS DIRECTOR, COL. TERRY EBBERT by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ORLEANS PARISH COMMUNICATIONS DISTRICT being absent from the domicile at time of said service. Returned the same day No. ____ Deputy Sheriff of _____ |

ID: 9862926    Page 1 of 1

ATTORNEY'S NAME: Thompson, Alphonse M 17169
AND ADDRESS: One Canal Place 365 Canal Street, Suite 2960, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2017-11456    DIVISION: B    SECTION: 05

DAVIS, WILLIE

Versus

THE CITY OF NEW ORLEANS THROUGH THE ORLEANS PARISH COMMUNICATIONS DISTRICT

### CITATION

TO: ORLEANS PARISH COMMUNICATIONS DISTRICT
THROUGH: ITS DIRECTOR, COL. TERRY EBBERT
118 CITY PARK AVE., NEW ORLEANS, LA 70119

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 8, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Michael Albanese_
Michael Albanese, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this ___ day of ___ served a copy of the within
PETITION FOR DAMAGES
ON ORLEANS PARISH COMMUNICATIONS DISTRICT
THROUGH: ITS DIRECTOR, COL. TERRY EBBERT
Returned the same day
No. ___
Deputy Sheriff of ___
Mileage $ ___
/ ENTERED /
PAPER        RETURN
/        /
SERIAL NO.   DEPUTY     PARISH

**DOMICILIARY SERVICE**

On this ___ day of ___ served a copy of the within
PETITION FOR DAMAGES
ON ORLEANS PARISH COMMUNICATIONS DISTRICT
THROUGH: ITS DIRECTOR, COL. TERRY EBBERT
by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ORLEANS PARISH COMMUNICATIONS DISTRICT being absent from the domicile at time of said service.
Returned the same day
No. ___
Deputy Sheriff of ___

ID: 9862926                Page 1 of 1

ATTORNEY'S NAME: Thompson, Alphonse M 17169
AND ADDRESS: One Canal Place 365 Canal Street, Suite 2960, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2017-11456        DIVISION: B        SECTION: 05

DAVIS, WILLIE

Versus

THE CITY OF NEW ORLEANS THROUGH THE ORLEANS PARISH COMMUNICATIONS DISTRICT

### CITATION

TO:         ORLEANS PARISH COMMUNICATIONS DISTRICT
THROUGH:    ITS DIRECTOR, COL. TERRY EBBERT
            118 CITY PARK AVE., NEW ORLEANS, LA 70119

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 8, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Michael Albanese, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**
On this 22 day of March 2018 served a copy of the within
PETITION FOR DAMAGES
ON ORLEANS PARISH COMMUNICATIONS DISTRICT
THROUGH: ITS DIRECTOR, COL. TERRY EBBERT   Cheyenne (SEC)
Returned the same day                        148
_____ No. _____
Deputy Sheriff of Orleans
Mileage: $ _____
 / ENTERED /
01 PAPER   9301   RETURN
SERIAL NO.  DEPUTY   PARISH

**DOMICILIARY SERVICE**
On this _____ day of _____ _____ served a copy of
the within
PETITION FOR DAMAGES
ON ORLEANS PARISH COMMUNICATIONS DISTRICT
THROUGH: ITS DIRECTOR, COL. TERRY EBBERT
by leaving same at the dwelling house, or usual place of abode, in the hands of
_____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ORLEANS PARISH COMMUNICATIONS DISTRICT being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 9862926                    Page 1 of 1

Received 3/22/18
on Manuel-145

FILED
2018 MAR 27 A 9:29
CIVIL
DISTRICT COURT