UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIE DAVIS**                                          **CIVIL ACTION**

**VERSUS**                                                **NO. 18-3529**

**ORLEANS PARISH COMMUNICATIONS DISTRICT**                **SECTION "B"(5)**

### JUDGMENT

By separate Order and Reasons this Court granted Defendant's "Motion to Dismiss for Failure to State a Claim" (Rec. Doc. 5) for Plaintiff's failure to exhaust his administrative remedies prior to filing suit. The deadline for Plaintiff to file a charge of discrimination with the Equal Employment Opportunity Commission has lapsed. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims in the above-captioned matter asserted by Plaintiff against Defendant are **DISMISSED.**

New Orleans, Louisiana, this 11th day of June, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE